## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DLN HOLDINGS, LLC, ET AL.** | **CIVIL ACTION NO. 14-14** |
| **VERSUS** | |
| | **JUDGE IVAN LEMELLE** |
| **JEFFERSON AND LEE APPRAISALS, INC, ET AL.** | **SECTION "B" 2** |

## CORPORATE DISCLOSURE STATEMENT
## ON BEHALF OF M.S. RAU ANTIQUES, LTD

**NOW COMES,** M.S. Rau Antiques, LLC., plaintiff in the captioned matter, through undersigned counsel, who provides the following Corporate Disclosure Statement in accordance with the Federal Rules of Civil Procedure: M.S. Rau Antiques, LLC, is a non-governmental, non-public Louisiana limited liability company, not owned by any parent corporation.

Respectfully Submitted:
Leefe Gibbs Sullivan & Dupré

*Richard K. Leefe*
Richard K. Leefe, Bar No.7544
3900 No. Causeway Blvd, Suite 1470
Metairie, La. 70002
(504) 830-3939
Fax: 830-3998

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading has been served on counsel for all parties to the captioned matter by placing a copy thereof, on this 18th day of February, 2014.

                                                                           _____
                                                                           *Richard K. Leefe*