UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DLN HOLDINGS, LLC, ET AL.**                CIVIL ACTION

VERSUS                                        NO. 14-14

**JEFFERSON AND LEE APPRAISALS, INC., ET AL**    SECTION "B"(2)

ORDER

The Court has been advised by counsel that all of the parties to this action have firmly agreed upon a compromise and have assured that they need only to execute releases and agreements. Accordingly,

**IT IS ORDERED** that this action hereby is **DISMISSED**, **without cost and without prejudice** to the right of the parties, upon good cause shown, within **sixty (60) days**, to seek summary judgment enforcing the compromise if it is not consummated by that time. The Court retains jurisdiction over this action to enforce settlement if not timely consummated or if final settlement authority is not obtained, provided a motion to enforce the settlement or, alternatively, a motion to extend this period is filed within sixty (60) days from entry of this order. All pending motions are **DISMISSED AS MOOT**.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY FILE A MOTION TO ENFORCE SETTLEMENT SHALL DIVEST THIS COURT FROM HAVING SUBJECT MATTER JURISDICTION OVER THE ACTION. WOOLWINE FORD LINCOLN MERCURY V. CONSOLIDATED FINANCIAL RESOURCES, INC., 245 F.3D 791**

**(5TH CIRCUIT DECEMBER 27, 2000) (PER CURIAM) (UNPUBLISHED CIVIL ACTION NO. 00-60314). PARTIES ARE FURTHER WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE SIXTY (60) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 25th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE