UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DLN HOLDINGS, LLC** | * | **CIV. ACTION NO. 14-00014** |
| **M.S. RAU ANTIQUES, LLC** | * | |
| **DAVID FRANCIS, WILLIAM D. RAU,** | * | |
| **LESLIE K. RAU, THE HANNAH L. RAU** | * | **SECTION: B(2)** |
| **TRUST, AND THE REBECCA S. RAU TRUST** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: LEMELLE** |
| | * | |
| **JEFFERSON AND LEE APPRAISALS, INC.** | * | **MAGISTRATE JUDGE:** |
| **AND MICHAEL EHRMANN** | * | **WILKINSON** |
| | * | |
| | * | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come (i) Plaintiffs M.S. Rau Antiques, LLC, William D. Rau, Leslie K. Rau, The Hannah L. Rau Trust, and The Rebecca S. Rau Trust (collectively, "Rau Plaintiffs"), (ii) Plaintiffs DLN Holdings, LLC, and David Francis (collectively, "DLN Plaintiffs"), and Defendants Jefferson and Lee Appraisals, Inc. and Michael Ehrmann ("Ehrmann Defendants"), who jointly move to dismiss this matter. In support of this Motion, the Rau Plaintiffs, the DLN Plaintiffs, and the Ehrmann Defendants represent that this case has been resolved and the parties have signed a Settlement Agreement memorializing that resolution. Accordingly, the parties jointly move that this matter and all claims that were brought or could have been brought in this litigation be DISMISSED WITH PREJUDICE, with each party to bear its own costs.

WHEREFORE, for the foregoing reasons, the Rau Plaintiffs, the DLN Plaintiffs, and the Ehrmann Defendants request that this Court dismiss this matter with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

*/s/ Matthew A. Moeller*
Richard J. Roth, III (#31947)
rroth@rothtaxlaw.com (#29991)
Matthew A. Moeller (#29991)
matthew@moellerfirm.com
Roth Law Firm, LLC
2727 Prytania Street, Suite 14
New Orleans, LA 70130
Telephone:  (504) 525-7792
Facsimile:  (504) 522-567__
Attorneys for the DLN Plaintiffs

-and-

*/s/ Richard K. Leefe*
Richard K. Leefe
rkleefe@leefegibbs.com
Leefe, Gibbs, Sullivan, Dupre & Aldous
One Lakeway Center
3900 N. Causeway Blvd., Suite 1470
Metairie, LA 70002
Telephone: (504) 830-3939
Facsimile:  (504) 830-3998
Attorneys for the Rau Plaintiffs

-and-

**GORDON, ARATA, MCCOLLAM,
 DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, LA  70170-4000
Telephone:  (504) 582-1111
Facsimile:  (504) 582-1121

*/s/ Fernand L. Laudumiey, IV*
Michael E. Botnick (# 3284)
mbotnick@gordonarata.com
Fernand L. Laudumiey, IV (# 24518)
Flaudumiey@gordonarata.com
Attorneys for the Ehrmann Defendants

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2014, I electronically filed the foregoing Joint Motion to Dismiss with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By: */s/ Fernand L. Laudumiey, IV*